**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINNOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDRA LUVISI, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 1:23-cv-14665 |
| | ) | |
| v. | ) | District Judge Sara L. Ellis |
| | ) | |
| GORIS FINANCIAL GROUP, INC., | ) | Magistrate Judge Gabriel L. Fuentes |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF MOTION**

TO:  Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
mbadwan@sulaimanlaw.com
Attorney for Plaintiff

    **PLEASE TAKE NOTICE** that on **Tuesday, June 18, 2024 at 9:45 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Sara L. Ellis**, or any judge sitting in her stead, in Courtroom 1403 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Parties' Joint Motion to Extend the Close of Fact Discovery,** a copy of which is hereby served upon you.

Date:  June 6, 2024

Sheri A. Mercier
Jason L. Santos
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone:  312.422.6100
Facsimile:  312.422.6110
smercier@ohaganmeyer.com
jsantos@ohaganmeyer.com

Respectfully submitted,

GORIS FINANCIAL GROUP, INC.

By:   /s/ *Jason L. Santos*_____
      One of its attorneys
      O'HAGAN MEYER LLC

## CERTIFICATE OF SERVICE

This is to certify that on this **6th day of June, 2024**, I electronically filed the foregoing

**NOTICE OF MOTION** with the Clerk of this Court using the CM/ECF system, which will

transmit notice of the electronic filing to the following counsel of record:


Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
*Attorney for Plaintiff*


/s/ *Jason L. Santos*
Sheri A. Mercier
Jason L. Santos
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
smercier@ohaganmeyer.com
jsantos@ohaganmeyer.com
ONE OF THE ATTORNEYS FOR DEFENDANT
GORIS FINANCIAL GROUP, INC.